# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 23-cr-125 |
| | : | |
| MAURICE HENRY | : | |
| | : | |

## ORDER

**AND NOW**, this **4th** day of **June 2024**, upon consideration of Defendant Maurice Henry's Motion to Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (ECF No. 29), and the Government's Response in Opposition (ECF No. 31), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 29) is **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**

1